

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Civil Action No.: ___

JOHN DOE,
Plaintiff,
v.
MISIKIR TADELE KEBEDE, et al.,
Defendants.

---

VERIFIED COMPLAINT

JURY TRIAL DEMANDED

Plaintiff John Doe, a resident of Virginia, brings this civil action against Defendants for damages resulting from a wide-ranging scheme of fraud, conspiracy, concealment of income, wire fraud, and related violations of federal and Virginia law. In support thereof, Plaintiff states as follows:

---

I. PARTIES

Plaintiff:

John Doe
Resident of Virginia
Brings this action under pseudonym pursuant to Virginia Code §§ 8.01-407, 8.01-8, and Rule 1:4 of the Virginia Supreme Court Rules to protect identity due to risk of harassment and retaliation.

Defendants:

1. Misikir Tadele Kebede
40 Live Oak Ln, Stafford, VA 22554
Central actor in fraud and money concealment scheme; owner of multiple business entities.

2. Genet Habetwold Mohammed
4454 Raleigh Ave Apt 404, Alexandria, VA 22304
Spouse of Misikir; involved in subsidized housing fraud and business operations under false pretenses.

3. Minas Tadele Kebede
4454 Raleigh Ave Apt 404, Alexandria, VA 22304
Brother/Business associate; resided in subsidized housing; registered a business from that address.

4. Samrawit T. Gebreyesus
5201 Dover Pl, Alexandria, VA 22311
Associate and partner of Minas; shared subsidized apartment.

5. GMA General Import and Export LLC
4454 Raleigh Ave Apt 404, Alexandria, VA 22304
Entity owned by Misikir, used in financial fraud.

6. Photo Me Multimedia Production LLC
6513 Springfield Mall, Springfield, VA 22150
Business affiliated with Misikir; involved in payment fraud and misrepresentations.

7. Loza Market LLC
10 S Jordan St, Alexandria, VA 22304
Operated by Genet Habetwold Mohammed; income concealment.

8. Mojo Money Transfer LLC
8 S Jordan St, Alexandria, VA 22304
Owned by Misikir; vehicle for fraudulent financial transactions.

9. Mojo Import and Export LLC
4454 Raleigh Ave Apt 404, Alexandria, VA 22304
Business entity associated with Minas; involved in similar fraudulent practices.

10. United Bankshares Inc.
11185 Fairfax Blvd, Fairfax, VA
Financial institution where fraud was facilitated.

11. Alem B. Erenna
7044 Ellingham Cir Unit D, Alexandria, VA 22315
Bank employee involved in email exchange suggesting conspiracy.

12. Truist Financial Corp
919 E Main St FL 1, Richmond, VA 23219

Misikir claimed the bank froze his account due to investigation; false representations were made.

13. Aimco Foxchase
766 North Howard Street, Alexandria, VA 22304
Property management company for subsidized housing tied to Genet and Misikir.

---

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331, § 1332, and 18 U.S.C. § 1964 (RICO jurisdiction).

Venue is proper in this Court pursuant to 28 U.S.C. § 1391 and Virginia Code § 8.01-261 because the events giving rise to this claim occurred in the Eastern District of Virginia.

---

## III. FACTUAL ALLEGATIONS

Plaintiff incorporates all prior paragraphs.

Defendants engaged in a deliberate and orchestrated scheme of fraudulent activities to:

Misrepresent their income to federal housing authorities.

Launder and conceal illicit income through multiple business entities.

Create and use falsified documents, including altered bank records.

Deceive financial institutions into processing wire transfers under false pretenses.

Cause emotional, financial, and reputational harm to Plaintiff.

---

## IV. COUNTS

Count I: Fraud

(Against All Defendants)

Defendants knowingly misrepresented facts with intent to defraud Plaintiff.

Plaintiff justifiably relied on those misrepresentations and suffered financial and reputational injury.

Applicable Statutes:

Virginia Code § 18.2-178

Virginia Code § 18.2-172

18 U.S.C. § 1343

---

Count II: Conspiracy to Commit Fraud

(Against All Defendants)

Defendants agreed to a common scheme to defraud Plaintiff and others.

Overt acts were committed in furtherance of this conspiracy.

Applicable Statutes:

Virginia Code § 18.2-500

18 U.S.C. § 371

---

Count III: Negligence

(Against United Bankshares Inc., Truist Financial Corp)

Banks failed to maintain proper fraud detection.

Improper hiring, supervision, or oversight allowed fraudulent activity to occur.

Applicable Statutes:

Va. Code § 6.2-943 (Misapplication and falsification by bank employees)

Va. Code § 8.3A-405 (Employer liability for employee fraud)

---

Count IV: Breach of Fiduciary Duty

(Against United Bankshares Inc.)

Defendant assumed a fiduciary duty by advising Plaintiff and managing secure transactions.

Breach of duty through complicity or inaction.

---

Count V: Misrepresentation

(Against Misikir Kebede and Associated Business Entities)

False documents and statements were created to induce Plaintiff's reliance and cooperation.

Misikir used software to falsify transaction records.

---

V. RELIEF REQUESTED

Plaintiff respectfully requests judgment in favor of Plaintiff and against all Defendants as follows:

1. Compensatory Damages: In excess of $30,000,000 for financial losses, emotional distress, lost opportunities, and reputational damage.

2. Punitive Damages: Due to the malicious and deliberate nature of the fraudulent actions.

3. Attorney's Fees and Costs: Full reimbursement under applicable laws.

4. Equitable Relief:

Disgorgement of ill-gotten gains.

Injunction to preserve evidence.

Court-supervised investigation into United Bankshares Inc.

5. Plaintiff Anonymity: Protective orders to seal identity per Virginia Code §§ 8.01-407, 8.01-8, Rule 1:4.

6. Preservation of Evidence: Immediate order to prevent destruction of electronic and financial records.

7. Judicial Notice: Of Misikir Tadele Kebede's suspected use of software tools to alter transaction amounts in mobile banking apps.

---

VI. LEGAL BASIS BY DEFENDANT

Misikir Tadele Kebede

18 U.S.C. § 1343 (Wire Fraud)

18 U.S.C. § 1001 (False Statements)

Virginia Code §§ 18.2-178, 36-139, 18.2-186.3

Genet Habetwold Mohammed

18 U.S.C. § 641 (Theft of Gov't Property)

Virginia Code §§ 36-139, 18.2-178, 18.2-200

Minas Tadele Kebede

18 U.S.C. §§ 1343, 641

Virginia Code §§ 36-139, 18.2-178, 18.2-200

Samrawit T. Gebreyesus

18 U.S.C. § 641

Virginia Code § 18.2-178

GMA General Import and Export LLC, Mojo Import & Export LLC, Mojo Money Transfer LLC, Photo Me Multimedia

18 U.S.C. § 1343

Virginia Code §§ 18.2-178, 18.2-200, 59.1-196

Loza Market LLC

Virginia Code §§ 36-139, 18.2-200, 18.2-178

United Bankshares Inc. / Truist Financial Corp / Alem B. Erenna

18 U.S.C. §§ 1343, 371

Va. Code §§ 6.2-943, 8.3A-405

Aimco Foxchase

Virginia Code §§ 36-139, 18.2-178

---

VII. STATEMENT OF DAMAGES AND IMPACT

Loss of over $30,000,000 in potential income, investments, and economic opportunities.

Reputational harm, including loss of standing in the community and diminished employment prospects.

Emotional and psychological distress, including anxiety, loss of trust, and trauma from betrayal and sustained harassment.

Loss of housing stability, creditworthiness, and business partnerships.

Ongoing threats of retaliation, requiring Plaintiff to proceed under a pseudonym and seek protective relief.

---

## VIII. JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all issues so triable.

---

## IX. REQUEST FOR COURT-APPOINTED COUNSEL

Plaintiff respectfully requests that the Court appoint legal counsel under 28 U.S.C. § 1915(e)(1), as Plaintiff is unable to afford private representation and the legal issues involved are complex. Plaintiff proceeds in good faith and seeks the assistance of counsel in the interest of justice.

---

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant the following relief:

1. Judgment against all Defendants, jointly and severally, for compensatory damages in an amount exceeding $30,000,000;

2. Punitive damages for the malicious and willful nature of Defendants' conduct;

3. An order appointing counsel to represent Plaintiff;

4. Protective orders preserving Plaintiff's anonymity pursuant to Virginia Code §§ 8.01-407, 8.01-8, and Rule 1:4;

5. Preservation orders to prevent spoliation of electronic records, financial data, and communications relevant to this case;

6. Equitable relief in the form of disgorgement of profits, tracing of funds, and court-supervised investigation into the financial activities of Defendants;

7. Injunctive relief barring Defendants from further fraudulent activities during the pendency of this action;

8. Costs and attorney's fees under applicable federal and state laws;

9. Such other and further relief as the Court deems just and proper.

---

XI. VERIFICATION

I, John Doe, the Plaintiff in the above-entitled action, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4 day of August, 2025.

Respectfully submitted,

John Doe
Address withheld for anonymity
Virginia



For court private use
plantiff mailing address
8202 beech monarch ct springfiled va 22153

